**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3966 PA (CTx) | Date | April 26, 2010 |
|---|---|---|---|
| Title | Geringer, et al. v. Sierra Madre Police Dep't., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

　　　　Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m).

　　　　In the present case, it appears that this time period has not been met with regard to Doe Defendants 1 through 10. Accordingly, the court, on its own motion, orders plaintiffs Wayne Geringer and Baby G ("Plaintiffs") to show cause in writing on or before **May 3, 2010,** why this action should not be dismissed for lack of prosecution as to Doe Defendants 1 through 10. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiffs' response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint against Doe Defendants 1 through 10.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer